ACCEPTED
01-15-00239-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 10:13:06 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00239-CR
No. 01-15-00240-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 10:13:06 AM
CHRISTOPHER A. PRINE
Clerk

◆

Nos. 1423701, 1423702
In the 185th District Court
Of Harris County, Texas

◆

OSCAR RENE RIVERA
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

◆

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

◆

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with indecency with a child and sexual assault of a child, and the jury found the appellant guilty (1 CR 14, 100; 2 CR 17, 110; 4 RR 93).[1] For indecency with a child, the trial court sentenced him in accordance with the jury's verdict to ten years

---

[1] Due to there being two separate cases, the clerk's record for trial court cause number 1423701 will be referred to as "1 CR" and the clerk's record for trial court cause number 1423702 will be referred to as "2 CR."

in the Texas Department of Criminal Justice, Institutional Division probated and a $10,000 fine probated (1 CR 119; 5 RR 7). For sexual assault of a child, the trial court sentenced him in accordance with the jury's verdict to eight years in prison in the Texas Department of Criminal Justice, Institutional Division (2 CR 124; 5 RR 7). The trial court granted the State's motion to cumulate the sentences (1 CR 122; 5 RR 10). The appellant gave timely notice of appeal, and the trial court certified that he had the right to appeal (1 CR 88, 129-30; 2 CR 101, 130-31). The State's brief is due on October 23, 2015. This is the State's first request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over forty-three megabytes in length split over seven volumes and will take some time to process. The appellant brings two points of error.

b. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *Alfredo Lara v. The State of Texas*<br>01-15-00472-CR<br>Brief Filed September 24, 2015 |
| (2) | *Tyran Riley v. The State of Texas*<br>14-15-00081-CR<br>Brief Filed October 6, 2015 |

| | |
|---|---|
| (3) | *Christian A. Norris v. The State of Texas*<br>01-15-00484-CR, 01-15-00485-CR<br>Brief Filed October 13, 2015 |
| (4) | *Juan Jose Quintero v. The State of Texas*<br>14-15-00252-CR<br>Brief Due October 23, 2015 |
| (5) | *Darrell D. Broussard v. The State of Texas*<br>01-15-00628-CR<br>Brief Due October 26, 2015 |
| (6) | *Edgar Gutierrez v. The State of Texas*<br>01-15-00490-CR<br>Brief Due October 29, 2015 |
| (7) | *Rodney Sewell v. The State of Texas*<br>14-15-00216-219-CR<br>Brief Due November 5, 2015 |
| (8) | *Miguel Gomez v. The State of Texas*<br>01-15-00179-CR<br>Brief Due November 11, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Randall Ayers
PO Box 1569
Houston, TX 77251-1569
(281) 493-6333/o
(281) 493-9609/f
rjayers@comcast.net

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date: October 23, 2015